

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1      DAYLE ELIESON
       United States Attorney
2      JARED L. GRIMMER
       Assistant United States Attorney
3      501 Las Vegas Blvd. South, Suite 1100
       Las Vegas, Nevada 89101
4      PHONE: (702) 388-6336
       FAX: (702) 388-6418
5      Jared.L.Grimmer@usdoj.gov

FILED

2018 OCT -4 AM 11: 13

U.S. MAGISTRATE JUDGE

BY_____

6      *Counsel for the United States*

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF NEVADA**
                             -oOo-

9      UNITED STATES OF AMERICA,

10           Plaintiff,

11        vs.

12      MARGARITO SERRANO-LOPEZ,

13      AKA, MARGARITO SERRANO,
       AKA, MARGARITO LOPEZ,

14

15          Defendant.

16

Case No. 2:18-mj-00814-VCF

**(Under Seal)**

17             **<u>AMENDED MOTION TO SEAL</u>**

18          COMES NOW the United States of America, by and through DAYLE ELIESON,

19 United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, and

20 respectfully moves this Honorable Court for an Order sealing the Complaint and the

21 Affidavit in the above captioned matter.

22          The Government submits that it is necessary for the Complaint and the Affidavit

23 to be sealed in light of the fact that it references information regarding an on-going

24

1   investigation.  The Defendant in this matter is a previously deported criminal alien who

2   is not a citizen of the United States, but a citizen of Mexico.  The Defendant has traveled

3   or been removed to Mexico in the past, and has traveled outside of this district.  Were

4   the existence of the Complaint and Affidavit were to be known to the Defendant prior to

5   his arrest, it is likely that he may flee to avoid prosecution.

6    Therefore, the Government submits that disclosure of the information would

7   likely jeopardize the Government's on-going investigation.  The Government submits

8   that its right to secrecy far outweighs the public's right to know.

9    DATED this 4th day of October, 2018.

10        DAYLE ELIESON
      United States Attorney

11

12        _____

13        JARED L. GRIMMER
      Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

FILED
2018 OCT -4  AM II: 13
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES OF AMERICA,

       Plaintiff,

       vs.

MARGARITO SERRANO-LOPEZ,
AKA, MARGARITO SERRANO,
AKA, MARGARITO LOPEZ,

       Defendant.

Case No. 2:18-mj-00814-VCF

**(Under Seal)**

## ORDER TO SEAL

Based on Government's Motion to Seal Complaint and the Affidavit in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint and the Affidavit be sealed.

DATED this _____4th_____ day of October 2018.

_____
UNITED STATES MAGISTRATE JUDGE