UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARGARITO SERRANO-LOPEZ,
aka, "Margarito Serrano,"
aka, Margarito Lopez,"

    Defendant.

Case No. 2:18-mj-00814-VCF

**Order of Dismissal of the** Complaint
**Without Prejudice**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Complaint against Defendant Margarito Serrano-Lopez.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because there is no longer reason to keep this case under seal, it is hereby ordered that this case, including the Criminal Complaint, be unsealed.

DATED this 16 day of December, 2020.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3